UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 26-6149-MWF**                                    Date: June 18, 2026

Title       ***In Re: Alexey Ott, Debtor***

---

Present: The Honorable:       MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:               Attorneys Present for Defendants:
Not Present                                         Not Present

**Proceedings (IN CHAMBERS):      ORDER TO SHOW CAUSE RE FILING FEE**

On May 28, 2026, this appeal was filed by Appellant/Debtor Alexey Ott. (Docket No. 1).  The United States Bankruptcy Court (the "USBC") concurrently filed a Notice of Appeal Deficiency to Appellant (the "Notice").  (Docket No. 3). The Notice stated that the Notice of Appeal filing fee was not paid, and that Appellant had 14 days to pay the fee.

Plaintiff is **ORDERED TO SHOW CAUSE**, in writing, no later than **JULY 6, 2026,** why this action should not be dismissed for lack of prosecution. Pursuant to the Notice, the filing fee must be paid to the USBC, Central District of California.  The Court will consider the payment of the filing fee to the USBC and notice to this Court that the fee has been paid on or before the above date as an appropriate response to this Order to Show Cause.

No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon receipt of Appellant/Debtor's response.  Failure to timely respond to the Order to Show Cause will result in the dismissal of this action.

IT IS SO ORDERED.

cc: Clerk, United States Bankruptcy Court, Central District of California

---